# UNITED STATES DISTRICT COURT
# District of Maine

| | |
|---|---|
| **CHARLES D. STERGIOS,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 09-480-P-S |
| ) | |
| **DAVID EBBERT, Warden, FCI Allenwood,** ) ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on November 6, 2009, her Recommended Decision (Docket No. 12). Plaintiff filed his Objection to the Recommended Decision (Docket No. 14) on November 16, 2009.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Complaint (Docket No. 1), as amended (Docket No. 7) is **DISMISSED** for failure to state a claim.

/s/George Z. Singal
U.S. District Judge

Dated: November 17, 2009